■ In the Matter of EDWARD S. SILVER, as District Attorney of the County of Kings, Petitioner, against NORMAN GINSBERG, an Attorney, Respondent.— In a disciplinary proceeding pursuant to statute (Judiciary Law, § 90), motion by petitioner to confirm the report of the Special Referee granted, respondent disbarred and his name ordered to be struck from the roll of attorneys. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of EDWARD S. SILVER, as District Attorney of the County of Kings, Petitioner, against HENRY P. LUCAS, an Attorney, Respondent.— Motion for reargument denied, without costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of the Application of DONALD MARTIN TANNENBAUM for Admission to the Bar.— Application denied upon the ground that the applicant has failed to furnish satisfactory proof that he is and has been an actual resident of the State of New York for not less than six months immediately preceding the making of such application for admission as required by paragraph (3) of subdivision (f) of rule 1 of the Rules of Civil Practice, with leave to renew upon proper proof of compliance with the applicable rules. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of CHARLES WANDERMAN, Petitioner, against SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF WESTCHESTER, et al., Respondents.— Motions to dismiss petition as a matter of law, pursuant to section 1293 of the Civil Practice Act, on the ground that it fails to state facts sufficient to entitle petitioner to the relief demanded. Motions granted, without costs. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ JOHN F. NIXON et al., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ LYNNE O'NEILL, Appellant, v. MANUEL W. LEVINE, as District Attorney of the County of Nassau, et al., Respondents.— Motion for a stay denied, without costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ JOHN W. PEPLOE, Respondent, v. LESLIE H. GILMARTIN, Appellant.— Motion for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court dated March 28, 1960 properly made? Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE VINCENT BUONOCORE, Appellant.— Motion for leave to appeal as a poor person will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. Motion for enlargement of time granted. The appellant's time to perfect the appeal is enlarged to the October 1960 Term; appeal ordered to be placed on the calendar for October 10, 1960. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre St., New York 13, New York., is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.